1022

[No. 25799–4–I.   Division One.   May 28, 1991.]

JOHN C. CARLSON, *Respondent,* v. JOHN R.
CRICKMAN, *Appellant.*

Appeal from a judgment of the Superior Court for San
Juan County, No. 89–2–05037–5, Gilbert E. Mullen, J.,
entered February 13, 1990. *Affirmed* by unpublished opin-
ion per Forrest, J., concurred in by Coleman and Kennedy,
JJ.

[No. 25115–5–I.   Division One.   May 28, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ALAN
DOUGLAS HART, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89–8–04757–0, Anthony P. Wartnik, J.,
entered November 1, 1989. *Dismissed* by unpublished per
curiam opinion.

[No. 26544–0–I.   Division One.   May 28, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LAURETTA
PERKINS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88–8–05724–1, Stephen M. Gaddis, J. Pro
Tem., entered July 9, 1990. *Reversed* by unpublished per
curiam opinion.

[No. 13048–3–II.   Division Two.   May 28, 1991.]

PIERCE COUNTY FIRE PROTECTION DISTRICT No. 21, *Respon-
dent,* v. JOHN DOWNEY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 87–2–01851–8, Thomas A. Swayze, Jr., J.,
entered June 22, 1989. *Affirmed* by unpublished opinion
per Morgan, J., concurred in by Worswick, C.J., and Alex-
ander, J.